*George P. Nicholson, Corporation Counsel (John F. O'Brien* and *William T. Kennedy* of counsel), for respondents.

*Winthrop Taylor* and *Gilbert W. Roberts* for Sarah W. Roberts et al., intervenors.

*E. Crosby Kindleberger* for Katherine F. Reilly et al., intervenors.

*Eugene V. Daly* for Mary H. Daly et al., intervenors.

Order in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands Necessary for Improvement of the Waterfront Near the Foot of State Street and Atlantic Avenue in the Borough of Brooklyn.

UNION FERRY COMPANY, Respondent.

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands Necessary for Improvement of the Waterfront Near the Foot of Hamilton Avenue and Sackett Street in the Borough of Brooklyn.

UNION FERRY COMPANY, Respondent.

*Eminent domain — condemnation proceedings — award for property taken.*

*Matter of City of New York (Union Ferry Co.)* (2 cases), 216 App. Div. 765, affirmed.

(Argued May 24, 1926; decided June 8 1926.)

APPEAL in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 19, 1926, which affirmed a final decree of Special Term awarding damages for property taken in condemnation proceedings. Appellant contended that the amounts awarded were grossly in excess of the fair market value of the property.

*George P. Nicholson, Corporation Counsel (Henry W. Mayo* of counsel) for appellant.

*James A. Lynch* for respondent.

Order in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ULTRAMARES CORPORATION, Appellant, *v.* GARLOCK PACK-ING COMPANY, Respondent.

BANK OF LONDON AND SOUTH AMERICA, LIMITED, Respondent, *v.* GARLOCK PACKING COMPANY, Respondent.

FEDERAL INTERNATIONAL BANKING COMPANY et al., Respondents.

*Practice — consolidation of actions.*

*Ultramares Corp.* v. *Garlock Packing Co.*, 215 App. Div. 674, affirmed.
(Argued May 25, 1926; decided June 8, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 23, 1925, which affirmed an order of Special Term consolidating the two above-entitled actions and bringing in new parties defendant.

*Herbert R. Limburg* and *Henry L. Sherman* for appellant.
*Franklin G. Manley* for respondent.

*Edwin N. Moore* for Federal International Banking Company, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

FIRST NATIONAL BANK OF NEWARK, Respondent, *v.* JEROME W. HAUSS, JR., et al., Appellants.

*Appeal — motion for permission to withdraw appeal granted.*

*First Nat. Bank* v. *Hauss*, 214 App. Div. 689, appeal withdrawn.
(Submitted June 3, 1926; decided June 8, 1926.)

MOTION for leave to withdraw appeal from an order of the Appellate Division of the Supreme Court in the